UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIMOTHY R. WOOLEY, :
: NO. 1:11-CV-0802
    Plaintiff, :
:
:
 v. : **ORDER**
:
:
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant.

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 9), in which she recommends that the decision of the Commissioner to deny Plaintiff Disability Insurance Benefits and Supplemental Security Income be reversed and the matter be remanded under sentence four of 42 U.S.C. §405(g).

Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. §

636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 9) in all respects and REVERSES the Commissioner's decision denying Plaintiff's applications for benefits.  The Court thus REMANDS the case under sentence four of 42 U.S.C. § 405(g) for the ALJ to, <u>inter alia</u>, properly evaluate Plaintiff's need for a cane and re-formulate Plaintiff's residual functional capacity accordingly.  Finally, the Court ORDERS that this case be closed.

SO ORDERED.

Dated:  February 21, 2013   s/S. Arthur Spiegel_____
                                        S. Arthur Spiegel
                                        United States Senior District Judge